■ In the Matter of DOREAN G., JR., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHAWNTAI M., Also Known as TRUTH G., Appellant. (Appeal No. 2.) [3 NYS3d 687]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered July 19, 2013 in a proceeding pursuant to Social Services Law § 384-b. The order, among other things, transferred the guardianship and custody of the subject child to petitioner.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of April C.*, 31 AD3d 1200, 1201 [2006]). Present—Scudder, P.J., Lindley, Valentino and DeJoseph, JJ.

■ In the Matter of MILDRED PEREA, Respondent, v BRAUNA SANCHEZ, Respondent. SHEILA S. DICKINSON, ESQ., Attorney for the Child, on Behalf of SAMED S., Appellant. In the Matter of MILDRED PEREA, Respondent, v SALEH ABDULLA, Respondent. SHEILA S. DICKINSON, ESQ., Attorney for the Child, on Behalf of SAMED S., Appellant. In the Matter of SHEILA S. DICKINSON, ESQ., Attorney for the Child, on Behalf of SAMED S., Appellant, v BRAUNA SANCHEZ, Respondent. In the Matter of SHEILA S. DICKINSON, ESQ., Attorney for the Child, on Behalf of SAMED S., Appellant, v MILDRED PEREA, Respondent. [3 NYS3d 688]—Appeal from an order of the Family Court, Erie County (Margaret O. Szczur, J.), entered April 12, 2013 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petitions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Lindley, Valentino and DeJoseph, JJ.